Michael O. Hardison (MH-0691)
Joseph T. Johnson (JJ-1907)
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

In the Matter of the Arbitration

        -between-

BALLI KLÖCKNER GMBH f/k/a
KLÖCKNER STEEL TRADE GMBH,

                            Petitioner,

        -and-

JSW STEEL LTD. as successor in interest
to JINDAL IRON & STEEL CO. LTD.,

                            Respondent.    x

---------------------------------------------------------

Case No. 07 CV 3590 (DC)

ECF Case
Electronically filed

**RULE 7.1 STATEMENT**

     Pursuant to the provisions of Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are the corporate parents, subsidiaries, or affiliates of such parties which are publicly held: Petitioner Balli Klöckner GmbH's

parent company is Balli Klöckner Plc.

Dated: New York, New York
     May 4, 2007

                              EATON & VAN WINKLE LLP

                    By:       /s/                       
                              Michael O. Hardison (MH-0691)
                              Joseph T. Johnson (JJ-1907)

                              3 Park Avenue
                              New York, New York 10016-2078
                              (212) 779-9910

                              Attorneys for Petitioner