UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT

2007 MAY -7 P 4: 18

CERTIFICATE OF MAILING
S.D. OF N.Y.

| | |
|---|---|
| In the Matter of the Arbitration -between- BALLI KLÖCKNER GMBH f/k/a KLÖCKNER STEEL TRADE GMBH, <br> Plaintiff, <br><br> -V- <br><br> JSW STEEL LTD. as successor in interest to JINDAL IRON & STEEL CO. LTD., <br> Defendant. | 07 CV 3590 (DC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**7th day of May, 2007**

I served the

Summons & Petition for an Order Confirming a Foreign Arbitral Award

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**4th day of May, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8392 7811 5684**

CLERK

Dated: New York, NY

**FedEx Express**
For FedEx services worldwide

*Please print and press hard.*

Sender's FedEx Account Number **2481-3408-9**

Sender's Name **Michael O. Hardison**  Phone **(212) 779-9910**

Company **Eaton & Van Winkle LLP**

Address **3 Park Ave., 16th Floor**

City **New York**   State/Province **NY**

Country **USA**   ZIP/Postal Code **10016**

Recipient's Name **Mr. Sijjan Jindal**  Phone

Company **JSW Steel Ltd.**

Address **5A Dr. G. Deshmukh Marg**   Dept./Floor

City **Mumbai**   State/Province

Country **India**   ZIP/Postal Code **400026**

Recipient's Tax I.D. number for Customs purposes
VAT/CAT/IE/EIN, or as locally required

**Shipment Information**

For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages   Total Weight **3/4**  ☑ lbs ☐ kg   DIM ___ / ___ / ___  ☐ in. ☐ cm

Harmonized Code / VAT / EIN

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| Legal Documents | | | 0 |

Only Check One:
☐ No SED required, value $2500 or less per Schedule B Commodity number
☐ Required by Exemption
☐ SED attached (provide export license no. and exp. date or license exception symbol, w/ECCN if applicable)

Total Declared Value for Carriage

Total Value for Customs (Specify Currency) ○

**4  Express Package Service**   *Packages up to 150 lbs. / 68 kg*   Not all services and options are available to all destinations.
☒ FedEx Intl. Priority
☐ FedEx Intl. First  *Available to select locations. Higher rates apply.*
☐ FedEx Intl. Economy  *Available to select locations. rate not available*   *For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.*

**5  Packaging**
☐ FedEx Envelope
☒ FedEx Pak
☐ FedEx 10kg Box
☐ FedEx 25kg Box
☐ Other
*These unique brown boxes with special pricing are provided by FedEx. FedEx Envelope and FedEx Pak rate not available.*

**6  Special Handling**
☐ HOLD at FedEx Location
☐ SATURDAY Delivery  *Available to select locations. Available for FedEx Intl. Priority only.*

**7a  Payment** *Bill transportation charges to:*
Enter FedEx Acct. No. or Credit Card No. below.
☐ Sender Acct. No. in Section 1 will be billed.
☐ Recipient
☒ Third Party
☐ Credit Card
☐ Cash/Cheque
FedEx Acct. No. **2481·3408·9**
FedEx Use Only
Credit Card No.
Credit Card Exp. Date

**7b  Payment** *Bill duties and taxes to:*
ALL shipments can be subject to Customs charges, which FedEx does not estimate prior to clearance.
Enter FedEx Acct. No. below.
☐ Sender Acct. No. in Section 1 will be billed.
☐ Recipient
☒ Third Party
FedEx Acct. No. **2481·3408·9**

**8  Your Internal Billing Reference**   *First 24 characters will appear on invoice.*

**9  Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain Dangerous Goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. **WARNING:** These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature _____   Date Executed **25/5/09**
*This is not authorization to deliver this shipment without a recipient signature.*

For Completion Instructions, see back of fifth page.

FedEx Tracking Number **8392 7811 5684**

**464**

PART 157583 Rev. Date 10/01
©1994–2001 FedEx
PRINTED IN U.S.A.

Form I.D. No. **0402**

**Try online shipping at fedex.com**

The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill • ©1994–2001 Federal Express Corporation

**Questions? Visit our Web site at fedex.com.**
Or in the U.S., call 800.247.4747. Outside the U.S., call your local FedEx office.