Michael O. Hardison (MH-0691)
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Petitioner

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In the Matter of the Arbitration

   -between-

BALLI KLOCKNER GMBH f/k/a/
KLOCKNER STEEL TRADE GMBH,

                      Petitioner,

   -and-

JSW STEEL LTD. as successor in interest to
JINDAL IRON & STEEL CO. LTD.,

                      Respondent.
------------------------------------------------------------x

07 Civ. 3590 (DC)
ECF CASE

**NOTICE OF
VOLUNTARY DISMISSAL**

    Whereas this action was commenced on May 4, 2007; and

    Whereas the respondent has filed neither an answer nor a motion for summary judgment;

    Notice is hereby given that the petitioner, pursuant to the provisions of Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action without costs and without prejudice.

Dated: New York, New York
       May 31, 2007

EATON & VAN WINKLE LLP

By: _____
    Michael O. Hardison (MH-0691)

3 Park Avenue
New York, New York 10016
(212) 779-9910

Attorneys for Petitioner

SO ORDERED:
_____
U.S.D.J.

6/6/07